UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

February 20, 2026

LETTER ORDER

    Re: <u>Saravia Banegas v. Noem, *et al.*</u>
        Civil Case No. SAG-26-00676

Dear Counsel:

    Upon review of this case which was transferred to this Court by the United States District Court for the Southern District of Florida, this Court does not believe it has jurisdiction to decide a habeas petition filed by a petitioner detained in another district who has never been detained at any point in this district. *See Suri v. Trump*, No. 25-1560, 2025 WL 1806692, at *4 (4th Cir. July 1, 2025) ("The Supreme Court has held that '[t]he plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.'") (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)); *id.* at *4 n.4 ("There is absolutely no reason to think . . . that a habeas petition challenging present confinement could be filed in a district to which a petitioner had not yet been.").

    This Court requests that each party file, <u>on or before Friday, February 27, 2026</u>, a brief statement of the party's position regarding this Court's jurisdiction to adjudicate this case. Should this Court conclude that it lacks jurisdiction, it will transfer the case back to the original transferor jurisdiction.

    Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

    Sincerely yours,

    /s/

    Stephanie A. Gallagher
    United States District Judge